```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BERTRAND TOULOUSE,

                  Plaintiff,

        -against-

VILLAGE DIAGNOSTIC TREATMENT
CENTER, et al.,

                 Defendants.
------------------------------------------------------------X

15 CIVIL 9387 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 28, 2018, Defendants' motion for judgment on the pleadings is GRANTED. To the extent Plaintiff's allegations can be construed to give rise to state law claims, the Court declines to exercise jurisdiction over such claims and they are dismissed without prejudice to filing those claims in state court; accordingly, the case is closed.

**Dated:** New York, New York
        September 28, 2018

                                                                     RUBY J. KRAJICK

                                                                     Clerk of Court

                           BY:

                                                                       **Deputy Clerk**