UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERTRAND TOULOUSE<br>　　　　　　　Plaintiff,<br><br>- against -<br><br><br>VILLAGE DIAGNOSTIC TREATMENT CENTER,<br>*dba* VILLAGE CARE HEALTH CENTER,<br>VILLAGE CARE OF NEW YORK, INC.<br><br>　　　　　　　Defendant(s). | Index No.: 1:15-CV-09387<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff BERTRAND TOULOUSE hereby appeals to the United States Court of Appeals for the Second Circuit from the decision and order entered on September 28, 2018 granting Defendants' motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) (the "September 28 Order"). This appeal is taken from each and every part of the September 28 Order.

Dated: New York, NY
　　　　October 27, 2018

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**LAW OFFICE OF JULIO E. PORTILLA, P.C.**
　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff*
　　　　　　　　　　　　　　　　　　By: */s/ Julio E. Portilla*
　　　　　　　　　　　　　　　　　　Julio E. Portilla, Esq.
　　　　　　　　　　　　　　　　　　Law Office of Julio E. Portilla, P.C.
　　　　　　　　　　　　　　　　　　555 Fifth Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　(212) 365-0292

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2018, I caused the foregoing Notice of Appeal to be served via Electronic Case Filing ("ECF") system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Dated: New York, NY
       October 27, 2018

                                      By: */s/ Julio E. Portilla*
                                      Julio E. Portilla