

**MANDATE**

N.Y.S.D. Case #
15-cv-9387(VSB)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of December, two thousand and eighteen.

_____

Bertrand Toulouse,

        Plaintiff-Appellant,

v.

Village Diagnostic Treatment Center, DBA Village Care Health Center, Village Care Of New York, Inc.,

        Defendants-Appellees,

Mount Sinai Beth Israel Hospital,

        Defendant.

_____

**ORDER**

Docket No. 18-3320

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 26 2019

      Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 9, 2019 as the brief/appendix filing date. The date selected falls on a Saturday.

      IT IS HEREBY ORDERED that the Appellant's principal brief and appendix must be filed on or before February 11, 2019. The appeal is dismissed effective February 11, 2019 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/26/2019